NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 24-5156 (Consolidated with 24-5101)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

CENTER FOR BIOLOGICAL DIVERSITY, ET AL.,
*Plaintiff-Appellees, Cross-Appellants*,

v.

ENVIRONMENTAL PROTECTION AGENCY, ET AL.,
*Defendants*,

STATE OF FLORIDA, ET AL.,
*Intervenor-Appellants, Cross-Appellees*.

ON APPEAL FROM THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
No. 1:21-CV-0119 (RDM)

# PLAINTIFF-APPELLEES' / CROSS-APPELLANTS'
# STATEMENT OF ISSUES TO BE RAISED

Tania Galloni
Christina I. Reichert
Earthjustice
4500 Biscayne Blvd, Ste. 201
Miami, FL 33137
Tel.: (305) 440-5432
tgalloni@earthjustice.org
creichert@earthjustice.org

Bonnie Malloy
Earthjustice
111 S. MLK Jr. Blvd.
Tallahassee, FL 32301
Tel.: (850) 681-0031
bmalloy@earthjustice.org

*Attorneys for Plaintiff-Appellees, Cross-Appellants*

Dated: July 10, 2024

# STATEMENT OF ISSUES TO BE RAISED

Plaintiff-Appellees / Cross-Appellants Center for Biological Diversity, Defenders of Wildlife, Sierra Club, Conservancy of Southwest Florida, Florida Wildlife Federation, Miami Waterkeeper, and St. Johns Riverkeeper (collectively, "Conservation Groups") respectfully submit this non-binding statement of issues to be raised. The Conservation Groups intend to raise a conditional cross-appeal to include the following issues:

1. Whether the District Court's ruling and remedy may be upheld on alternate grounds, namely Conservation Groups' Clean Water Act and Administrative Procedure Act claims (Claims 1, 2, and 5).

2. Whether the Court should reverse the District Court's dismissal of the Conservation Groups' Clean Water Act and Administrative Procedure Act claims (Claims 1, 2, and 5).

Dated: July 10, 2024

Respectfully submitted,

*/s/ Tania Galloni*
TANIA GALLONI
CHRISTINA I. REICHERT
Earthjustice
4500 Biscayne Blvd., Ste. 201
Miami, FL 33137
Email: tgalloni@earthjustice.org
Email: creichert@earthjustice.org
Telephone: (305) 440-5432

BONNIE MALLOY
Earthjustice
111 South Martin Luther King Jr. Blvd.
Tallahassee, FL 32301
Email: bmalloy@earthjustice.org
Telephone: (850) 681-0031

*Attorneys for Plaintiff-Appellees, Cross-Appellants*

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July 2024, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

Respectfully submitted,

*/s/ Tania Galloni*
TANIA GALLONI
Fla. Bar No. 619221
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org